# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONN HOMER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE LAW OFFICES OF FREDERIC I. WEINBERG & ASSOCIATES, P.C. | : | NO. 17-880 |

## ORDER

**NOW**, this 9th day of November, 2017, upon consideration of the Defendant's Motion for Summary Judgment (Document No. 13), the Plaintiff's Response to Defendant's Motion for Summary Judgment and Cross-Motion (Document No. 15), the parties' respective replies, and after oral argument, it is **ORDERED** as follows:

1. The Defendant's Motion for Summary Judgment is **DENIED**;

2. The Plaintiff's Cross-Motion is **GRANTED**;

3. **JUDGMENT IS ENTERED** in favor of the plaintiff Ronn Homer and against the defendant, The Law Offices of Frederic I. Weinberg & Associates, P.C., in the amount of One Thousand Dollars ($1,000.00); and

4. Plaintiff is granted leave to file a motion for an award of counsel fees and costs no later than **November 27, 2017**.

/s/TIMOTHY J. SAVAGE