# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONN HOMER | : | CIVIL ACTION |
| v. | : | |
| THE LAW OFFICES OF FREDERIC I. WEINBERG & ASSOCIATES, P.C. | : | NO. 17-880 |

## ORDER

**NOW**, this 5th day of April, 2018, upon consideration of the Motion Under Rule 58(e) to Treat Plaintiff's Motion for Attorney's Fees as a Timely Motion Under Rule 59 (Document No. 32), and the plaintiff's response, it is **ORDERED** that the motion is **DENIED**.

/s/TIMOTHY J. SAVAGE