# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RONN HOMER** | : CIVIL ACTION |
| | : |
| v. | : |
| | : |
| **THE LAW OFFICES OF FREDERIC I.** | : |
| **WEINBERG & ASSOCIATES, P.C.** | : NO. 17-880 |

## ORDER

**NOW**, this 16th day of May, 2018, upon consideration of the Motion for Award of Statutory Attorney's Fees and Costs (Document No. 25), the defendant's response and the plaintiff's reply, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the plaintiff Ronn Homer is **AWARDED** attorney's fees in the amount of $29,436.00 and costs in the sum of $463.50.

/s/TIMOTHY J. SAVAGE