IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RONN HOMER                                          : CIVIL ACTION
                                                    :
    vs.                                             :
                                                    :
THE LAW OFFICES OF FREDERIC I.                      :
WEINBERG & ASSOCIATES, P.C.                         : NO.  17-880

## PRAECIPE FOR WRIT OF EXECUTION

TO THE CLERK:

ISSUE WRIT OF EXECUTION in the above matter, directed to the United States Marshal for the Eastern District of Pennsylvania, and against __THE LAW OFFICES OF FREDERIC I. WEINBERG & ASSOCIATES, PC__ and against __FIRSTRUST BANK, 351 Conshohocken State Road, Gladwyne, PA__
*(Name and Address of Garnishee)*

garnishee, and index this writ against* _____

_____ and against _____

_____ as garnishee, as a lis pendens against real property of the judgment debtor in the name of the garnishee, as follows:

_____

_____

Amount Due           $ __1,000.00__

Interest from  11/9/17       $ __40.00__

_____
ANDREW M. MILZ  Attorney for   Plaintiff

Date:   7/11/18

*Applicable to real estate only [Rule 3104(c) Pa. R.C.P.).

Civ637 (7/00)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONN HOMER | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| THE LAW OFFICE OF FREDERIC I.<br>WEINBERG & ASSOCIATES, P.C. | : | NO.   17-880 |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF PENNSYLVANIA:

To satisfy judgment, interest, and costs against   THE LAW OFFICE OF FREDERIC I. WEINBERG & ASSOCIATES, P.C._____, defendant
*(Name of Defendant)*

(1) You are directed to levy upon the property of the defendant and to sell his interest therein:
(2) You are also directed to attach the property of the defendant not levied upon in the possession of   FIRSTRUST BANK_____, as garnishee.
*(Name of Garnishee)*

THE LAW OFFICE OF FREDERIC I. WEINBERG & ASSOCIATES, OPERATING ACCT #70 0901994
*(Specifically Describe Property)*

and to notify the garnishee that

(a) an attachment has been issued;
(b) the garnishee is enjoined from paying any debt to or for the account of the defendant and from delivering any property of the defendant or otherwise disposing thereof;
(3) if property of the defendant not levied upon and subject to attachment is found in the possession of anyone other than a named garnishee, you are directed to notify him that he has been added as a garnishee and is enjoined as above stated.

| | | |
|---|---|---|
| Amount Due | | $  1,000.00 |
| Interest from | 11/9/17 | $     40.00 |
| (Cost to be Added) | | $   ~~411.00~~ |

KATE BARKMAN
Clerk of Court

*Seal of the Court*                                                        BY: _____
                                                                                            *(Deputy Clerk)*

**MAJOR EXEMPTIONS UNDER PENNSYLVANIA AND FEDERAL LAW**

1. $300 statutory exemption
2. Bibles, school books, sewing machines, uniforms, and equipment
3. Most wages and unemployment compensation
4. Social Security benefits
5. Certain retirement funds and accounts
6. Certain veteran and armed forces benefits
7. Certain insurance proceeds
8. Such other exemptions as may be provided by law

Civ 638 (7/00)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONN HOMER | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| THE LAW OFFICES OF FREDERIC I. WEINBERG & ASOCIATES, P.C. | : | NO.  17-880 |

**WRIT OF EXECUTION**
**NOTICE**

    This paper is a Writ of Execution. It has been issued because there is a judgment against you. It may cause your property to be held or taken to pay the judgment. You may have legal rights to prevent your property from being taken. A lawyer can advise you more specifically of these rights. If you wish to exercise your rights, you must act promptly.

    The law provides that certain property cannot be taken. Such property is said to be exempt. There is a debtor's exemption of $300. There are other exemptions which may be applicable to you. Attached is a summary of some of the major exemptions. You may have other exemptions or rights.

    If you have an exemption, you should do the following promptly: (1) Fill out the attached claim form and demand for a prompt hearing. (2) Deliver the form or mail it to the United States Marshal's office at the address noted.

    You should come to court ready to explain your exemption. If you do not come to court and prove your exemption, you may lose some of your property.

    **YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.**

<u>**LAWYER REFERENCE SERVICE**</u>
*(Name)*

**ONE READING CENTER**
**11TH FLOOR**
<u>**PHILADELPHIA, PA 19107**</u>
*(Address)*

<u>**(215) 238-1701**</u>
*(Telephone Number)*

Civ 639 (7/00)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONN HOMER | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| THE LAW OFFICES OF FREDERIC I. WEINBERG & ASSOCIATES, P.C. | : | NO. 17-880 |

## CLAIM FOR EXEMPTION

To the U.S. Marshal:

I, the above named defendant, claim exemption of property from levy or attachment:

(1) From my personal property in my possession which has been levied upon.

    (a) I desire that my $300 statutory exemption be

        (i) set aside in kind (specify property to be set aside in kind):

_____

        (ii) paid in cash following the sale of the property levied upon; or

    (b) I claim the following exemption (specify property and basis of exemption):

_____

(2) From my property which is in the possession of a third party, I claim the following exemptions:

    (a) My $300 statutory exemption:    in cash    in kind (specify property): _____

    (b) Social security benefits on deposit in the amount of $ _____

    (c) Other (specify amount and basis of exemption): _____

_____

I request a prompt court hearing to determine the exemption. Notice of the hearing should be given to me at _____

_____    _____
      *(Address)*                         *(Telephone Number)*

I declare under penalty of perjury that the foregoing statements made in this claim for exemption are true and correct.

Date: _____    _____
                                                                        *(Signature of Defendant)*

**THIS CLAIM TO BE FILED WITH THE OFFICE OF THE U.S. MARSHAL FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

2110 United States Courthouse
601 Market Street
Philadelphia, PA 19106
*(Address)*

(215) 597-7272
*(Telephone Number)*

*Note:* Under paragraphs (1) and (2) of the writ, a description of specific property to be levied upon or attached may be set forth in the writ or included in a separate direction to the United States Marshal.

Under paragraph (2) of the writ, if the attachment of a named garnishee is desired, his name should be set forth in the space provided.

Under paragraph (3) of the writ, the United States Marshal may, as under prior practice, add as a garnishee any person not named in this writ who may be found in possession of property of the defendant. See Rule 3111(a). For limitations on the power to attach tangible personal property, see Rule 3108 (a).

Each court shall by local rule designate the officer, organization, or person to be named in the notice.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| *Plaintiff* | : | |
| v. | : | |
| THE LAW OFFICES OF FREDERIC I. WEINBERG & ASSOCIATES, P.C. | : | NO. |
| *Defendant* | : | |
| FIRSTRUST BANK | : | |
| *Garnishee* | : | |

TO: _____

_____

_____

DATE OF NOTICE: _____

### IMPORTANT NOTICE

You are in default because you failed to take action required of you in this case. Unless you act within ten days from the date of this Notice, a judgment may be entered against you without a hearing, and you may lose your property or other important rights. You should take this Notice to a lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the following office to find out where you can get legal help.

Lawyer Reference Service
One Reading Center
11th Floor Philadelphia, PA 19107
(215) 238-1701

_____
Attorney for

Civ 641 (7/00)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONN HOMER | : | CIVIL ACTION |
| v. | : | |
| THE LAW OFFICES OF FREDERIC I. WEINBERG & ASSOCIATES, P.C. | : | NO. 17-880 |

## ORDER

**NOW**, this 9th day of November, 2017, upon consideration of the Defendant's Motion for Summary Judgment (Document No. 13), the Plaintiff's Response to Defendant's Motion for Summary Judgment and Cross-Motion (Document No. 15), the parties' respective replies, and after oral argument, it is **ORDERED** as follows:

1. The Defendant's Motion for Summary Judgment is **DENIED**;

2. The Plaintiff's Cross-Motion is **GRANTED**;

3. **JUDGMENT IS ENTERED** in favor of the plaintiff Ronn Homer and against the defendant, The Law Offices of Frederic I. Weinberg & Associates, P.C., in the amount of One Thousand Dollars ($1,000.00); and

4. Plaintiff is granted leave to file a motion for an award of counsel fees and costs no later than **November 27, 2017**.

/s/TIMOTHY J. SAVAGE

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: JUL -2 2018
ATTEST: Steve Tomas
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA